UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN OREGON IBEW-NECA ELECTRICAL WORKERS COLLECTION COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN SPEZZANO DBA JAMES ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 23-cv-04334-TLT<br><br>**ORDER OF DISMISSAL** |

The parties submitted a stipulation with a proposed order for entry of judgment. *See* ECF No. 8. The Court entered an order for judgment based on this stipulation on October 2, 2023. *See* ECF No. 14. Accordingly, the Clerk shall vacate any outstanding dates and close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2023

TRINA L. THOMPSON
United States District Judge